**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-6482**

———————

JEROME ALEXANDER RIDDICK,

Plaintiff - Appellant,

versus

CITY OF SUFFOLK; RANDOLPH CARTER, Assistant
Prosecutor; J. K. COOKE, Detective, Suffolk
Police Department,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  James C. Cacheris, Chief District Judge.  (CA-96-1464-AM)

———————

Submitted:  September 30, 1997      Decided:  October 23, 1997

———————

Before HALL, HAMILTON, and WILLIAMS, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Jerome Alexander Riddick, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant, a Virginia inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.1997) complaint under 28 U.S.C.A. § 1915(A) (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. <u>Riddick v. City of Suffolk</u>, No. CA-96-1464-AM (E.D. Va. Mar. 7, 1997). We deny the motion for default judgment and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>